THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE #1, in his own capacity and as parent of child DOE 1, et al., : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> DELAWARE VALLEY SCHOOL DISTRICT, et al., : <br> : <br> Defendant. : | 3:21-CV-1778 <br> (JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 11TH DAY OF NOVEMBER, 2021,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion requesting a preliminary injunction (Doc. 5) is **DENIED**.

2. The Temporary Restraining Order ("TRO") issued by this Court on October 20, 2021 (Doc. 12) and extended by this Court on October 29, 2021 (Doc. 32) is **DISSOLVED**.

3. In light of this Court's denial of Plaintiffs' motion for preliminary injunctive relief and dissolution of the TRO, Defendants' "Motion[s] to Vacate the Temporary Restraining Order" (Docs. 38, 45) are **DISMISSED AS MOOT**.

                                                             _s/ Robert D. Mariani_
                                                             Robert D. Mariani
                                                             United States District Judge